IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:06CR00026-001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARGARET PYLES WHERRY, | ) | By:  Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, the Defendant's

Motion to Dismiss is **DENIED.**

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTERED this 20th day of October, 2006.


s/Jackson L. Kiser
Senior United States District Judge